**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


KYLE STECHERT and                    :
MARIE STECHERT, on behalf of   :    CIVIL ACTION
themselves and all others         :
similarly situated                 :
                                         :    NO. 17-CV-784
        vs.                              :
                                         :
THE TRAVELERS HOME AND MARINE  :
INSURANCE COMPANY, THE           :
TRAVELERS COMPANIES, INC.,       :
TRAVELERS PROPERTY CASUALTY      :
COMPANIES and TRAVELERS          :
INDEMNITY COMPANY                  :


## ORDER


AND NOW, this      15th      day of May, 2018, upon

consideration of Defendants' Motion for Summary Judgment (Doc.

No. 26) and Plaintiffs' Response in Opposition thereto, it is

hereby ORDERED that the Motion is GRANTED for the reasons

articulated in the preceding Memorandum Opinion and Judgment is

entered in favor of Defendants and against Plaintiffs as a matter

of law pursuant to Fed. R. Civ. P. 56.


                                    BY THE COURT:




                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER,      J.